UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALT Hotel, LLC, | ) Case No. 11-19401 (ABG) |
| Debtor. | ) Hearing Date: June 29, 2011 |
| | ) Hearing Time: 9:30 a.m. |

### ORDER CONTINUING STAY PENDING FINAL HEARING

This matter came before the Court on the Debtor's Motion ("Motion") to Continue Stay Pending Final Hearing on Motion of DiamondRock Allerton Owner, LLC for an Order Lifting the Automatic Stay for the Limited Purpose of Allowing the State Court to Rule on the Motion for Judgment of Foreclosure ("Lift Stay Motion"). The Court, having reviewed the Motion and having heard the representations of counsel at the hearing on the Motion and having determined that the Debtor has shown a reasonable likelihood of prevailing at the final hearing on the Lift Stay Motion, it is hereby:

ORDERED THAT

1. The Motion is granted.

2. The automatic stay shall remain effect, pursuant to section 362(e) of the Bankruptcy Code, until the close of business on July 11, 2011, or such other date as the Court may set by further order.

~~3. The hearing on this Motion shall constitute a preliminary hearing within the meaning of section 362 of the Bankruptcy Code.~~

Dated: 29 JUN 2011

United States Bankruptcy Judge

00001572.DOCX v-