# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | November 14, 2011 |
| **Bankruptcy Case** | 11 B 19401 | **Adversary No.** | |
| **Title of Case** | ALT Hotel, LLC | | |

**Brief Statement of Motion**: Debtor's Motion to Continue/Reschedule Valuation Hearing and Related Discovery Cutoff

(Re: docket entry no. 142)

**Names and Addresses of moving counsel**:
Neal L. Wolf
Neal Wolf & Associates
155 N. Wacker Drive, Ste. 1910
Chicago, Illinois 60606

**Representing**: Debtor

## ORDER

The debtor's motion to reschedule hearing on the motion to determine value of a secured claim and related discovery cutoff date is granted.

The final pretrial order dated September 6, 2011, docket entry no. 117, is vacated.

Discovery cutoff is January 9, 2012.

The motion for valuation of claim, docket entry no. 61, is set for status hearing on January 18, 2012 at 10:00 a.m.

*/s/ A. Benjamin Goldgar*