**Exhibit 3**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALT Hotel, LLC, | ) Case No. 11-19401 (ABG) |
| Debtor. | ) Hearing Date: March 5, 2012 at 10:00 a.m. |
| | ) Objection Due: February 23, 2012 at 5:00 p.m. |

## NOTICE OF HEARING TO CONSIDER APPROVAL DEBTOR'S PROPOSED DISCLOSURE STATEMENT FOR PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that:

1. ALT Hotel, LLC as debtor and debtor-in-possession ("Debtor"), on January 25, 2012, filed its proposed Disclosure Statement For Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (including all exhibits thereto and as may be amended, modified, and/or supplemented after the date thereof, the "Disclosure Statement") for the Debtor's Proposed Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (as the same may be amended, modified, and/or supplemented following the date thereof, the "Plan").

2. A hearing (the "Disclosure Statement Hearing") will be held before the Honorable A. Benjamin Goldgar, United States Bankruptcy Judge, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, Courtroom 613 (the "Bankruptcy Court"), on **March 5, 2012 at 10:00 a.m. (prevailing Central Time)**, or as soon thereafter as counsel may be heard, to consider the entry of an order, among other things, (a) finding that the Disclosure Statement contains "adequate information" within the meaning of section 1125 of title 11 of the United States Code (the "Bankruptcy Code") and (b) approving the Disclosure Statement.

3. The Disclosure Statement and Plan is on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at the Office of the Clerk at the Bankruptcy Court between the hours of 8:30 a.m. and 5:00 p.m. (prevailing Central Time). The Disclosure Statement and the Plan also may be examined by interested parties by accessing the Bankruptcy Court's Electronic Case Filing System which can be found on the Bankruptcy Court's official website (https://ecf.ilnb.uscourts.gov/). A login and password to the Court's Public Access to Electronic Court Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov for a nominal fee.

4. In addition, copies of the Disclosure Statement and the Plan may be obtained by written request to counsel to the Debtor, Neal Wolf & Associates, LLC, 155 N. Wacker Drive, Suite 1910, Chicago, IL 60606 (Attn: Jordan M. Litwin, Esq.).

5.	Responses, objections, and proposed modifications, if any, to the Disclosure Statement, as applicable, must (a) be in writing, (b) state the name and address of the objecting or responding party and the nature of the claim or interest of such party, (c) state with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Disclosure Statement to resolve any such objection or response, and (d) be filed with the Bankruptcy Court, together with proof of service, and served upon: (i) counsel to the Debtor, Neal Wolf & Associates, LLC, 155 N. Wacker Drive, Suite 1910, Chicago, IL 60606 (Attn: Jordan M. Litwin, Esq.), and (ii) the Office of the United States Trustee, 219 S. Dearborn St., Suite 873, Chicago, IL 60604 (Attn: Roman L. Sukley, Esq.), with respect to each party **SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE 5:00 P.M. (PREVAILING CENTRAL TIME) ON February 23, 2012.**

6.	On January 25, 2012, the Debtor filed a Motion for Order (I) Approving Disclosure Statement, (II) Establishing Solicitation and Voting Procedures and Objection Procedures with Respect to Confirmation of the Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Proposed by the Debtor (the "Disclosure Statement Approval Motion"). The Disclosure Statement Approval Motion will be scheduled to be considered by the Bankruptcy Court at the Disclosure Statement Hearing.

7.	Among other things the Disclosure Statement Approval Motion requests that the Bankruptcy Court set _____, 2012 at 9:30 a.m. (prevailing Central Time) as the hearing date(s) to consider confirmation of the Plan.

8.	The Disclosure Statement Hearing may be adjourned or continued from time to time by the Debtor or the Bankruptcy Court without further notice to creditors or parties in interest other than an announcement of such adjournment at the Disclosure Statement Hearing or at a later hearing.

Dated: January 25, 2012	ALT Hotel, LLC

By: /s/ Neal L. Wolf
Neal L. Wolf (ARDC No. 6186361)
Dean C. Gramlich (ARDC No. 6191587)
Jordan M. Litwin (ARDC No. 6287792)
NEAL WOLF & ASSOCIATES, LLC
155 N. Wacker Drive, Suite 1910
Chicago, IL 60606
Main:	(312) 228-4990
Fax:	(312) 228-4988
Email:	nwolf@nealwolflaw.com
	dgramlich@nealwolflaw.com
	jlitwin@nealwolflaw.com

*Attorneys for the Debtor and Debtor in Possession*