**Exhibit A-1**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ALT Hotel, LLC, | ) Case No. 11-19401 (ABG) |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF ENTRY OF ORDER (I) APPROVING DISCLOSURE STATEMENT, (II) ESTABLISHING SOLICITATION PROCEDURES AND (III) SCHEDULING HEARING AND ESTABLISHING NOTICE AND OBJECTION PROCEDURES IN RESPECT OF CONFIRMATION OF PLAN**

PLEASE TAKE NOTICE that:

*Approval of Disclosure Statement.* By order dated _____, 2012 (the "Order"), the United States Bankruptcy Court for the Northern District of Illinois (the "Court") approved the Disclosure Statement for Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Proposed by the Debtor, dated January 25, 2012 (the "Disclosure Statement") filed by ALT Hotel, LLC, the debtor and debtor in possession in the above-captioned Chapter 11 case (the "Debtor"), and authorized the Debtor to solicit votes to accept or reject the Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Proposed by the Debtor, dated December 16, 2011 (the "Plan"), attached as Exhibit A to the Disclosure Statement. In the Order, in connection with granting approval of the Disclosure Statement, the Court (a) approved the dates, procedures and forms applicable to the process of soliciting votes on and providing notice of the Plan, (b) approved certain vote tabulation procedures, and (c) established the deadline for filing objections to the Plan and scheduling a hearing to consider the confirmation of the Plan.

*Confirmation Hearing.* A hearing (the "Confirmation Hearing") to consider confirmation of the Plan will be held at __:__ _.m. (prevailing Central Time) on _____, 2012, before the Honorable A. Benjamin Goldgar, United States Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604. The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtor of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtor with the Court.

*Who May Vote.* Only creditors that hold a claim in **Class** 1, Class 3 or Class 4 on the _____, 2012 record date established in the Order, are entitled to vote on the

Plan. All other Classes of Claims or Interests are not entitled to vote on the Plan, and therefore will receive notices of non-voting status rather than a Ballot.

***Voting Deadline.*** Holders of Claims and Interests entitled to vote on the Plan will receive Ballots for casting such votes. All votes to accept or reject the Plan must be actually received by Debtor's counsel, Neal Wolf & Associates, LLC ("Debtor's Counsel"), at 155 N. Wacker Drive, Suite 1910, Chicago, IL 60606, by no later than 4:00 p.m. (prevailing Central Time) on _____, 2012 (the "Voting Deadline"). Any failure to follow the voting instructions included with your Ballot may disqualify your Ballot and your vote.

***<u>Objections to Confirmation.</u> <u>Objections, if any, to confirmation of the Plan must:</u>***

    A.    be in writing;

    B.    state the name and address of the objecting party and the amount and nature of the claim or interest of such party;

    C.    state with particularity the basis and nature of any objection;

    D.    be filed, together with proof of service, with the Court;

    E.    be served on the following parties:

<u>Counsel for the Debtor:</u>
Neal Wolf & Associates, LLC
155 N. Wacker Drive, Suite 1910
Chicago, IL 60606
Attn: Jordan M. Litwin

<u>United States Trustee:</u>
United States Trustee (Region 11)
219 South Dearborn Street, Suite 873
Chicago, IL 60604
Attn: Roman L. Sukley

    F.    be filed with the Court and served on the parties set forth in paragraph E so as to be actually received by the parties listed in paragraph E by no later than no later than 4:00 p.m. (prevailing Central Time) on _____, 2012. **IF ANY OBJECTION TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED STRICTLY AS PRESCRIBED HEREIN, THE OBJECTION MAY NOT BE CONSIDERED BY THE COURT.** The Debtor may serve replies to such responses or objections by no later than _____ at 4:00 p.m.

<u>The Plan may be further modified, if necessary, pursuant to section 1127 of the Bankruptcy Code, prior to, during or as a result of the Confirmation Hearing without further notice to parties in interest.</u>

***To Obtain Copies.*** <u>Any party in interest wishing to obtain copies of the Order, the Disclosure Statement or the Plan should telephone Debtor's Counsel at (312) 228-4976, or may view such documents by accessing the Court's website: www.deb.uscourts.gov. (Note that a PACER (https://ecf.deb.uscourts.gov/) password and login are needed to access documents on the Court's website.)</u>