**Exhibit A-2**

## UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ALT Hotel, LLC, | ) | Case No. 11-19401 (ABG) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

### NOTICE OF NON-VOTING STATUS

PLEASE TAKE NOTICE that:

*Approval of Disclosure Statement.* By order dated _____, 2012 (the "Order"), the United States Bankruptcy Court for the Northern District of Illinois (the "Court") approved the Disclosure Statement for Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Proposed by the Debtor, dated January 25, 2012 (the "Disclosure Statement"). The Disclosure Statement was filed by ALT Hotel, LLC, the debtor and debtor in possession in the above-captioned Chapter 11 case (the "Debtor"), for use by the Debtor in soliciting acceptances or rejections of the Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Proposed by the Debtor, dated December 16, 2011 (the " Plan"), from holders of impaired claims entitled to receive distributions under the Plan.

UNDER THE TERMS OF THE PLAN, YOUR CLAIM AGAINST AND/OR EQUITY INTEREST IN THE DEBTOR IS NOT ENTITLED TO VOTE ON THE PLAN. CLAIMS IN CLASS 2 (OTHER SECURED CLAIMS) AND EQUITY INTERESTS IN CLASS 5 (INTERESTS OF EQUITY HOLDERS) ARE UNIMPAIRED AND DEEMED TO ACCEPT THE PLAN.

IF YOU HAVE ANY QUESTIONS ABOUT THE STATUS OF YOUR CLAIM OR INTEREST, OR YOU WANT TO REQUEST A COPY OF THE PLAN AND/OR DISCLOSURE STATEMENT, YOU SHOULD CONTACT COUNSEL FOR THE DEBTOR, NEAL WOLF & ASSOCIATES (THE "DEBTOR'S COUNSEL"), AT (312) 228-4976.

*Confirmation Hearing.* A hearing (the "Confirmation Hearing") to consider confirmation of the Plan will be held at __:__ _.m. (prevailing Central Time) on _____, 2012, before the Honorable A. Benjamin Goldgar, United States Bankruptcy Judge of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604. The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtor of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtor with the Court.

00002514.DOCX V-

*To Obtain Copies.* Any party in interest wishing to obtain copies of the Order, the Disclosure Statement or the Plan should telephone Debtor's Counsel, at (312) 228-4976, or may view such documents by accessing the Court's website: www.deb.uscourts.gov. Note that a PACER (https://ecf.deb.uscourts.gov/) password and login are needed to access documents on the Court's website.

*Objections to Confirmation.* Objections, if any, to confirmation of the Plan must:

    A.    be in writing;

    B.    state the name and address of the objecting party and the amount and nature of the claim or interest of such party;

    C.    state with particularity the basis and nature of any objection;

    D.    be filed, together with proof of service, with the Court;

    E.    be served on the following parties:

Counsel for the Debtor:
Neal Wolf & Associates, LLC
155 N. Wacker Drive, Suite 1910
Chicago, IL 60606
Attn: Jordan M. Litwin

United States Trustee:
United States Trustee (Region 11)
219 South Dearborn Street, Suite 873
Chicago, IL 60604
Attn: Roman L. Sukley

    F.    be filed with the Court and served on the parties set forth in paragraph E so as to be actually received by the parties listed in paragraph E by no later than no later than 4:00 p.m. (prevailing Central Time) on _____, 2012. **IF ANY OBJECTION TO CONFIRMATION OF THE PLAN IS NOT FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTION MAY NOT BE CONSIDERED BY THE COURT.** The Debtor may serve replies to such responses or objections by no later than _____ at 4:00 p.m.

    The Plan may be further modified, if necessary, pursuant to section 1127 of the Bankruptcy Code, prior to, during or as a result of the Confirmation Hearing, without further notice to parties in interest.