**Exhibit B-3**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| ALT Hotel, LLC, | ) Case No. 11-19401 (ABG) |
| Debtor. | ) |

**CLASS 4 BALLOT FOR ACCEPTING OR REJECTING
<u>PLAN OF REORGANIZATION</u>**

ALT Hotel, LLC, the debtor and debtor in possession in the above-captioned case (the "Debtor"), filed a plan of reorganization in this case dated December 16, 2011 (the "Plan"). The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from the Debtor's attorneys:

Jordan M. Litwin
Neal Wolf & Associates, LLC
155 N. Wacker Drive, Suite 1910
Chicago, Illinois, 60606
Telephone: (312) 228-4976
Facsimile:  (312) 228-4988

Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in Class 4 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not actually RECEIVED by the Debtor's attorneys at:**

**Neal Wolf & Associates, LLC
Attn: Jordan M. Litwin
155 N. Wacker Drive, Suite 1910
Chicago, Illinois, 60606**

on or before _____, 2012, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

**Item 1. Amount of Claims Voted.** You are entitled to vote the Equity Interest set forth below. The Debtor reserves the right to object to such Equity Interest for purposes of distribution under the Plan.

$ _____

**Item 2. Vote.** The holder of the Equity Interest identified in Item 1 votes as follows *(check only one box – if you do not check a box, or if you check both boxes, your vote will not be counted)*

☐ to **ACCEPT** the Plan        OR        ☐ to **REJECT** the Plan

THE RECEIPT OF THIS BALLOT DOES NOT SIGNIFY THAT YOUR EQUITY INTEREST HAS BEEN OR WILL BE ALLOWED.

**Item 3. Certification.** By returning this Ballot, the holder, or an authorized signatory for such holder, of the Equity Interest identified in Item 1 certifies that (a) this Ballot is the only Ballot submitted for its Equity Interest identified in Item 1; (b) it has full power and authority to vote to accept or reject the Plan with respect to the Equity Interest identified in Item 1; (c) it was the holder of the Equity Interest identified in Item 1 as of _____, 2012; and (d) it has received a copy of the Disclosure Statement (including the exhibits thereto) and understands that the solicitation of votes for the Plan are subject to the terms and conditions set forth in the Disclosure Statement and Plan.

Name of Interest Holder:
[ _____ ]

Print name: _____

Signature: _____

Title: _____
(if corporation or partnership)

Address: _____
_____

Telephone Number: _____

Date Completed: _____

RETURN THIS BALLOT TO:

Neal Wolf & Associates, LLC
Attn: Jordan M. Litwin
155 N. Wacker Drive, Suite 1910
Chicago, Illinois, 60606

PLEASE RETURN YOUR BALLOT PROMPTLY BY MAIL OR HAND DELIVERY.

BALLOTS WILL NOT BE ACCEPTED BY FACSIMILE OR EMAIL.

**IF YOU HAVE RECEIVED A DAMAGED BALLOT, HAVE LOST YOUR BALLOT, OR IF YOU HAVE QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CALL THE DEBTOR'S COUNSEL, NEAL WOLF & ASSOCIATES, LLC, AT (312) 228-4976.**