## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALT HOTEL, LLC, | ) | Case No. 11-19401 (ABG) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER CONFIRMING DEBTOR'S MODIFIED SECOND AMENDED PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

THIS MATTER COMING TO BE HEARD for hearing on Confirmation[1] of the Debtor's

Modified Second Amended Plan of Reorganization (the "Second Amended Plan") filed by Alt

Hotel, LLC, as debtor and debtor-in-possession (the "Debtor") on October 29, 2012 (Docket No.

__), the Court (i) having previously commenced a Confirmation Hearing on July 23, 2012 at

10:30 a.m. Central Standard Time pursuant to sections 1126, 1128 and 1129 of title 11 of the

United States Code (the "Bankruptcy Code"); (ii) having previously received and reviewed

memoranda of law, extensive documentary evidence, deposition designations and other evidence

submitted by the Debtor in support of the Debtor's First Amended Plan ("Debtor's Prior Plan")

(Docket No. 292) and submitted by the Debtor's mortgage lender DiamondRock Allerton

Owner, LLC ("DiamondRock") in opposition to the Debtor's Prior Plan; (iii) having heard

extensive testimony on July 23 through 27 and argument from the Debtor and DiamondRock

regarding issues related to Confirmation; and (vi) having considered all other relevant pleadings,

exhibits, statements, documents and filings the Court deems relevant to Confirmation; and the

Court being further advised by counsel for the Debtor and DiamondRock that (x) the Debtor and

DiamondRock have reached a settlement of DiamondRock's objections to the Debtor's Prior

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings set forth in the Second Amended Plan.

EAST\52658613.6

Plan; and (x) that such settlement is embodied in the Debtor's Second Amended Plan and that

such settlement resolves all ~~prior~~ objections of DiamondRock to plan confirmation; and the

Court having reviewed the Second Amended Plan and having heard the statements of counsel for

the Debtor and DiamondRock in support of Confirmation thereof, and after due deliberation and

sufficient cause appearing therefor, the Court hereby ~~makes and issues the following findings of~~

~~fact, conclusions of law and~~ orders as follows (this "Order"):

    NOW, THEREFORE, IT IS HEREBY ORDERED, ~~ADJUDGED, AND DECREED~~

~~THAT~~:

    1.    The Second Amended Plan, attached as Exhibit A hereto, and each of its

provisions ~~are approved and~~ confirmed ~~in each and every respect~~ pursuant to sections 1128 and

1129 of the Bankruptcy Code.  The Exhibits attached to the Second Amended Plan, as such

Exhibits may be modified pursuant to the terms of the Second Amended Plan and/or each such

respective Exhibit, as applicable (the "Exhibits"), are incorporated by reference, comprise an

integral part of the Second Amended Plan ~~and this Order~~ and ~~are also approved~~ as such are also confirmed.

    2.    Any of the objections and other responses to, and statements and comments

regarding, the Second Amended Plan, and any objections to the Debtor's provisional assumption

of its executory contracts and unexpired leases, other than such objections as are expressly

provided for under Article VI of the Second Amended Plan and this Order, are either deemed

withdrawn or overruled.

    3.    The Contract Litigation will be dismissed with prejudice.  The Debtor and

DiamondRock ~~shall~~ must take the actions necessary to have the Foreclosure Proceeding and the

Guaranty Litigation dismissed with prejudice.  All claims asserted therein ~~shall~~ will be released and

deemed satisfied, provided, however, that upon the Effective Date, the Guaranty will be replaced

and superseded by the Amended and Restated Guaranty.

4.     In the event that any of the conditions described in Section VII.D. of the Second

Amended Plan are not satisfied by January 18, 2013, then the Effective Date of the Plan ~~shall~~ *will* not *are*

occur and the Court ~~shall~~ *will* enter ~~such~~ Final Orders ~~as are~~ necessary to facilitate the sale of the *are*

Hotel pursuant to section 363 of the Bankruptcy Code. ~~Such~~ *The* Final Orders ~~shall~~ *will* provide ~~for~~,

among other things, that (A) the auction for the sale of the Hotel ~~shall~~ *will* occur no later than

February 28, 2013; (B) the hearing to approve the sale of the Hotel ~~shall~~ *will* occur no later than *are*

March 15, 2013;  (C) DiamondRock ~~shall~~ *will* be permitted to "credit bid" the full amount of its

Allowed Secured Claim ($71,000,000) pursuant to section 363(k) of the Bankruptcy Code; and

(D) the Debtor ~~shall~~ *will* not be permitted any further extensions of the exclusivity periods for the

purpose of proposing or soliciting alternative chapter 11 plans.

~~IT IS SO ORDERED.~~

Dated: _____ **2 9 OCT 2012**

ENTERED:

_____
Honorable A. Benjamin Goldgar
United States Bankruptcy Judge