# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALT Hotel, LLC, | ) | Case No. 11-19401 (ABG) |
| | ) | |
| Debtor. | ) | **Relates to Docket Nos. 372, 374 and 391** |
| | ) | |

## NOTICE OF PLAN EFFECTIVE DATE

TO:   ALL PERSONS ON THE SERVICE LIST:

**PLEASE TAKE NOTICE** that on Friday, January 18, 2013, the "Effective Date," as that term is defined in the Debtor's Modified Second Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Proposed by the Debtor (Docket No. 372), and as that term is used in the Order confirming the Plan (Docket 374), occurred.

To the extent you have any questions regarding any effect the occurrence of the Effective Date may have on any rights and obligations you or your company may have, please contact Dean C. Gramlich, counsel for the Debtor, at the address and phone number indicated below

Dated:  January 25, 2013              ALT Hotel, LLC

                                      By: /s/ *Dean C. Gramlich*
                                      Neal L. Wolf (ARDC No. 6186361)
                                      Dean C. Gramlich (ARDC No. 6191587)
                                      NEAL WOLF & ASSOCIATES, LLC
                                      155 N. Wacker Drive, Suite 1910
                                      Chicago, IL 60606
                                      Main:  (312) 228-4990
                                      Fax:    (312) 228-4988
                                      Email: nwolf@nealwolflaw.com
                                                dgramlich@nealwolflaw.com

                                      *Attorneys for the Debtor and Debtor in Possession*

00004899.DOCX V-

# CERTIFICATE OF SERVICE

I, Dean C. Gramlich, an attorney, hereby certify that on January 25, 2013, I caused copies of the Notice of Plan Effective Date to be served via the ECF system on the following parties:

*Creditor Kokua Hospitality, LLC*
Christian Auty
Marc Carmel
Jeffrey Diener
christianauty@paulhastings.com
marccarmel@paulhastings.com
jeffreydiener@paulhastings.com

*Defendant Wells Fargo Bank, N.A.*
George Dougherty
Daniel R. Fine
docket@grippoelden.com
ourdocket@gmail.com

*Creditor DiamondRock Allerton Owner LLC*
James R. Irving
Aaron Paushter
jim.irving@dlapiper.com
timothy.walsh@dlapiper.com
lawrence.uchill@dlapiper.com
william.coleman@dlapiper.com
jason.karaffa@dlapiper.com
aaron.paushter@dlapiper.com

*U.S. Trustee*
Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

*Interested Party Hotel Allerton Mezz, LLC*
Michael C. Moody
mmoody@oroukeandmoody.com
firm@orourkeandmoody.com

*Plaintiff Hotel Allerton Mezz, LLC*
Michael J. O'Rourke
morouke@okmlaw.com

*U.S. Bank as Trustee for the Credit Suisse First Boston Mortgage Securities Corp. Commercial Pass-Through Certificates Series 2007-TLF1*
Jason Lawrence Pyrz
Jerry L. Switzer
jpyrz@polsinelli.com
jswitzer@polsinelli.com

*Creditor DiamondRock Allerton Owner LLC*
David Wirt
Brian Raynor
Travis Rojakovick
dwirt@lockelord.com
braynor@lockelord.com
trojakovick@lockelord.com
docket@lockelord.com

*Creditor National Retirement Fund*
Michele M. Reynolds
mreynolds@dbb-law.com
efile@dbb-law.com

*Creditor U.S. Foodservice, Inc.*
Samuel C. Wisotzkey
swisotzkey@kmksc.com
kmksc@kmksc.com

I further certify that on January 25, 2013, I caused copies of the Notice of Plan Effective Date to be served by First Class U.S. Mail, postage prepaid, on all persons on the attached Service List.

*/s/ Dean C. Gramlich*

## SERVICE LIST

## VIA U.S. MAIL (UNLESS OTHERWISE INDICATED)

Central Pension Fund
4115 Chesapeake Street, NW
Washington, DC 20016

Chicago Convention & Tourism Bureau
2301 South Lake Shore Drive
Chicago, IL 60616

Column Financial, Inc.
Attention: Reese Mason
11 Madison Avenue
New York, NY 10010

Cook County Treasurer
Attention: Legal Department
118 North Clark Street, Room 112
Chicago, IL 60602

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Op.
P.O. Box 21126
Philadelphia, PA 19114

Shawn Mahoney
DiamondRock Allerton Owner, LLC
DiamondRock Hospitality Co.
3 Bethesda Metro Center
Suite 1500
Bethesda, MD 20814

Five Star Laundry Chicago LLC
1060 West Division Street
Chicago, IL 60642-4205

Flexprint
180 North LaSalle Street, #3130E
Chicago, IL 60601

Guest Supply
2 Campus Drive
Monmouth Junction, NJ 08852

Hereiu Welfare Funds
55 West Van Buren
Suite 500
Chicago, IL 60605

Illinois Department of Revenue
P.O. Box 19447
Springfield, IL 62794-9447

Illinois Secretary of State
Jesse White
213 State Capitol
Springfield, IL 62756

IUOE Local 399
2260 South Grove Street
Chicago, IL 60616

Liberty Mutual Insurance Co.
222 South Riverside Plaza
Suite 1580
Chicago, IL 60606

Lodgenet Interactive Corporation
535 Fifth Avenue, 15th Floor
New York, NY 10017

National Decorating Service
2210 Camden Court, #1
Oak Brook, IL 60523-1269

Oxford Lodging Advisory & Investment
Attention: Robert D. Kline
50 California St., Suite 3300
San Francisco, CA 94111

Park One
328 South Wabash Avenue
Chicago, IL 60604

Perry Real Estate Capital Partners
767 Fifth Avenue, 19th Floor
New York, NY 10153

Redwood Systems Group
8231 West 185th Street Suite 300
Tinley Park, IL 60487

Southern Audio Visual
11700 NW 102nd Road #15
Miami, FL 33178-1029

Southern Wine & Spirits of Illinois
300 East Crossroads Parkway
Bolingbrook, IL 60440

Testa Produce Inc.
Attention: Lenny Moskowitz
4555 South Racine Avenue
Chicago, IL 60609

Unite Here National Retirement Fund
6 Blackstone Valley Place
Lincoln, RI 02865

United Healthcare
233 North Michigan Avenue
Chicago, IL 60601

Patrick S. Layng
United States Trustee (Region 11)
219 South Dearborn Street, Suite 873
Chicago, IL 60604

U.S. Foodservice
800 Supreme Drive
Bensenville, IL 60106

Wells Fargo Bank, N.A.
Attention: Cindy Mayne
733 Marquette Ave., 10th Floor
Minneapolis, MN 55402

Wirtz Beverage
1600 McConnor Parkway
11th Floor
Schaumburg, IL 60193

XO Communications
233 S. Wacker Dr.
35th Floor
Chicago, IL 60606

00004899.DOCX V-

| | | |
|---|---|---|
| Wilkie Farr & Gallagher LLP<br>Attention: Steven D. Klein<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Pircher, Nichols & Meeks<br>Attention: Timothy J. McCaffrey<br>900 North Michigan Avenue<br>Suite 1050<br>Chicago, IL 60611 | O'Rourke & Moody<br>Attention: Michael C. Moody<br>55 West Wacker Drive<br>Suite 1400<br>Chicago, IL 60601 |
| Locke Lord LLP<br>Attention: David W. Wirt<br>111 S. Wacker Drive<br>Chicago, IL 60606-0256 | Kokua Hospitality, LLC<br>Attention: David Dillon<br>541 North Fairbanks<br>Suite 2730<br>Chicago, IL 60611 | Jeffrey D. Diener<br>Paul Hastings LLP<br>515 S. Flower St., 25th Floor<br>Los Angeles, CA 90071 |
| Paul Hastings LLP<br>Attention: Marc J. Carmel and Christian M. Auty<br>191 N. Wacker Drive, 30th Floor<br>Chicago, IL 60606 | Dowd, Bloch & Bennett<br>Attention: Michele M. Reynolds<br>8 S. Michigan Ave.<br>19th Floor<br>Chicago, IL 60603 | Jason L. Pyrz<br>Polsinelli Shughart PC<br>161 N. Clark Street, Suite 4200<br>Chicago, IL 60601 |
| Kohner, Mann & Kailas, S.C.<br>Attention: Samuel C. Wisotzkey<br>Washington Building<br>Barnabas Business Center<br>4650 North Port Washington Road<br>Milwaukee, WI 53212-1059 | Kimberly D. Newmarch<br>DLA Piper<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601 | TR Capital Management, LLC<br>336 Atlantic Avenue<br>Suite 302<br>East Rockaway, NY 11518 |
| Debt Acquisition Co. of America V, LLC<br>1565 Hotel Circle S, #310<br>San Diego, CA 92108 | | |

00004899.DOCX V-