# EXHIBIT A

## Claims to be Disallowed and Restated

**Reorganized Debtor's First Omnibus Objection**
**Claims to be Disallowed and Restated**

|  | Claims to be Disallowed and Expunged | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|
| **Name & Address of Claimant** | **Claim No.** | **Claim Amount and Priority**[1] | **Grounds for Objection** | **Objection Page Ref.** | **Name & Address of Claimant** | **Claim No.** | **Claim Amount and Priority** |
| U.S. Bancorp Equipment Finance, Inc. d/b/a US Bancorp Business Equipment Finance Group Attn: Bankruptcy Department 1310 Madrid Street Marshall, MN 56258 | 13-1 | $193,964.96 (S) $0.00 (A) $0.00 (P) $0.00 (U) $193,964.96 (T) | Failure to object to Assumption Notice | Pages 1-6 | U.S. Bancorp Equipment Finance, Inc. d/b/a US Bancorp Business Equipment Finance Group Attn: Bankruptcy Department 1310 Madrid Street Marshall, MN 56258 | 13-1 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| Liberty Mutual Group Attn: Customer Accounting Services 100 Liberty Way—P.O. Box 1525 Dover, New Hampshire 03820-1525 | 18-1 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Failure to object to Assumption Notice | Pages 1-6 | Liberty Mutual Group Attn: Customer Accounting Services 100 Liberty Way—P.O. Box 1525 Dover, New Hampshire 03820-1525 | 18-1 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| Minibar North America, Inc. c/o Mr. Patrick J. Galgano 7340 Westmore Road Rockville, Maryland 20850 | 19-1 | $461,450.50 (S) $0.00 (A) $0.00 (P) $0.00 (U) $461,450.50 (T) | Failure to object to Assumption Notice | Pages 1-6 | Minibar North America, Inc. c/o Mr. Patrick J. Galgano, CFO 7340 Westmore Road Rockville, Maryland 20850 | 19-1 | $0.00 (S) $0.00 (A) $0.00 (P) $5,576.40 (U) $5,576.40 (T) |
| Mitel Leasing, Inc. 10603 W. Sam Houston Pkwy Suite 400 Houston, TX 77064 | 29-1 | $0.00 (S) $0.00 (A) $0.00 (P) $23,754.95 (U) $23,754.95 (T) | Failure to object to Assumption Notice | Pages 1-6 | Mitel Leasing, Inc. 10603 W. Sam Houston Pkwy Suite 400 Houston, TX 77064 | 29-1 | $0.00 (S) $0.00 (A) $0.00 (P) $807.57 (U) $807.57 (T) |
| **Claims to be Disallowed and Expunged Totals** | | $655,415.46 (S) $0.00 (A) $0.00 (P) $23,754.95 (U) $679,170.41 (T) | | | | | |

---

[1] In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".

00005008.DOCX V-