# **EXHIBIT B**

# **Assumption Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ALT Hotel, LLC, | ) | Case No. 11-19401 (ABG) |
| | ) | |
| Debtor. | ) | |
| | ) | |

NOTICE OF ASSUMPTION OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES
AND FILING OF CONTRACT SCHEDULE

PLEASE TAKE NOTICE that on November 5, 2012, the undersigned attorney caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court") the attached Exhibit A, Lease and Contract Assumption Schedule (the "Contract Schedule"), a copy of which is hereby served upon you. The Contract Schedule sets forth a list of executory contracts and unexpired leases to which ALT Hotel, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), is a party and which the Debtor wishes to assume in its bankruptcy case.

**THIS NOTICE MAY AFFECT YOUR RIGHTS. CAREFULLY REVIEW THE ATTACHED CONTRACT SCHEDULE AND OTHER DOCUMENTS AND LOCATE THE CONTRACT(S) OR LEASE(S) TO WHICH YOU MAY BE PARTY. PLEASE REVIEW THIS NOTICE TO DETERMINE HOW YOUR RIGHTS MAY BE AFFECTED AND WHAT, IF ANY, STEPS YOU NEED TO TAKE IN ORDER TO PRESERVE YOUR RIGHTS AND CLAIMS GOING FORWARD.**

PLEASE TAKE FURTHER NOTICE that, pursuant to the Modified Second Amended Chapter 11 Plan of Reorganization filed by the Debtor on October 29, 2012 (Docket No. 372) (the "Plan") and confirmed by the Court on that same day (Docket No. 374), the Debtor intends to

assume the executory contracts and unexpired leases set forth in the Contract Schedule. Pursuant to the Plan, except for any unexpired lease or executory contract that the Debtor has previously rejected, all executory contracts and unexpired leases not previously assumed by the Debtor pursuant to section 365 of the Bankruptcy Code shall be deemed to have been assumed by the Debtor. The Plan constitutes a motion to assume such executory contracts and unexpired leases to which the Debtor is a party. The Plan also contains a settlement between the Debtor and its mortgage lender, DiamondRock Allerton Owner, LLC ("DiamondRock"). The Debtor will continue to operate the Allerton Hotel, its principal asset, with DiamondRock providing a restructured mortgage loan. Copies of the Plan and other relevant documentation can be obtained (i) from from undersigned counsel upon written request or (ii) by accessing the Court's electronic docket in this case via its PACER website at https://ecf.ilnb.uscourts.gov/cgi-bin/login.pl.

PLEASE TAKE FURTHER NOTICE that, with respect to each executory contract and unexpired lease that is being assumed by the Debtor, the Contract Schedule sets forth, under the heading "Cure Amount", any existing amounts due and payable ("Cure Payments") by the Debtor to the counterparty to such contract or lease. With respect to each executory contract or unexpired lease assumed by the Debtor, unless otherwise determined by the Bankruptcy Court pursuant to final order or agreed to by the parties, any Cure Payments as listed in the Contract Schedule shall be paid by the Debtor in the ordinary course of business or as otherwise agreed to with the respective counterparty. In addition, the Plan provides that the Debtor shall be deemed to have provided adequate assurance of future performance to any counterparty to any executory contract or unexpired lease assumed by the Debtor unless any such counterparty objects as to adequate assurance on or before the deadline for filing objections (*see below*). As of the

Effective Date of the Plan, the assumed executory contracts and unexpired leases shall be binding and enforceable upon the parties thereto, including the Debtor.

PLEASE TAKE FURTHER NOTICE that any party wishing to object to the Debtor's assumption of any contract or lease set forth on the Contract Schedule, whether for reasons relating to the Cure Payments, adequate assurance of future performance or for any other reason, shall (i) state its objections in writing, including the grounds for the objection; (ii) state the name and address of the objecting party; and (iii) cause the objection to be filed, together with proof of service, with the Bankruptcy Court, and be served so that any such objection is actually filed and received no later than **5:00 p.m. (prevailing Central time) on or before November 19, 2012** by Neal Wolf & Associates, LLC, counsel to the Debtor, 155 N. Wacker Drive, Suite 1910, Chicago, IL 60606, Attention: Dean C. Gramlich.

PLEASE TAKE FURTHER NOTICE that to the extent you file an objection to assumption of your particular executory contract or unexpired lease, and no agreement can be reached with the Debtor, the Court may schedule a hearing on the Debtor's request to assume your contract or lease and your objection. You will be provided notice of any such hearing.

Dated: November 5, 2012

ALT Hotel, LLC

By: /s/ *Dean C. Gramlich*
Neal L. Wolf (ARDC No. 6186361)
Dean C. Gramlich (ARDC No. 6191587)
NEAL WOLF & ASSOCIATES, LLC
155 N. Wacker Drive, Suite 1910
Chicago, IL 60606
Main: (312) 228-4990
Fax: (312) 228-4988
Email: nwolf@nealwolflaw.com
dgramlich@nealwolflaw.com

*Attorneys for the Debtor and Debtor in Possession*

00004547.DOCX V-     3

## CERTIFICATE OF SERVICE

I, Dean C. Gramlich, an attorney, hereby certify that on Monday, November 5, 2012, I caused a copy of the attached Notice of Assumption of Executory Contracts and Unexpired Leases and Exhibit A thereto "Lease and Contract Assumption Schedule" to be served on the persons listed in the Lease and Contract Assumption Schedule by first class United States Mail, postage prepaid.

Dated: November 5, 2012

                  /s/ Dean C. Gramlich
                  Dean C. Gramlich

# EXHIBIT A

# ALT HOTEL, LLC
## LEASE AND CONTRACT ASSUMPTION SCHEDULE

|   | Counterparty/Address | Agreement/Purpose | Cure |
|---|---|---|---|
| 1 | Courtesy Products<br>Attention: Andy Howrell<br>10840 Lin Page Place<br>St. Louis, MO 63132 | Vendor Contract | $544.67 |
| 2 | Ecolab<br>Attention: Greg Dollarschell<br>P.O. Box 6007<br>Grand Forks, ND 58206-6007 | Vendor Contract | $54.02<br>and $15.81 |
| 3 | Ezyield.com<br>125 Excelsior Parkway<br>Suite 101<br>Winter Springs, FL 32708 | Extranet Licensing Agreement | $149.00 |
| 4 | Flex Print, Inc.<br>Christopher McIntyre<br>505 N. LaSalle Street<br>Suite 200<br>Chicago, IL 60651 | Vendor Contract | $5,212.70 |
| 5 | Gehrke Technology Group<br>1001 N. Old Randolph Road<br>Suite 119<br>Wanconda, IL 60084-1128 | Vendor Contract | $390.00 |
| 6 | Kokua Hospitality, LLC<br>541 North Fairbanks<br>Suite 2730<br>Chicago, IL 60611 | Management Agreement | $45,804.02 |
| 7 | Liberty Mutual Ins. Co.<br>22 S. Riverside Plaza<br>Suite 1580<br>Chicago, IL 60606 | Insurance | $0.00 |
| 8 | Lodgenet Interactive Corp.<br>Attention: Isolde Kondert<br>3900 W. Innovation Street<br>Sioux Falls, SD 57107 | Utility Agreement | $15,343.62 |
| 9 | Mini Bar<br>North America, Inc.<br>Attention: Patrick J. Galgano<br>7340 Westmore Road<br>Rockville, MD 20850 | Revenue Sharing and Service Agreements (Refreshment Centers and Safes) | $5,576.40 |
| 10 | Mitel Leasing, Inc.<br>10603 W. Sam Houston Parkway<br>Suite 400<br>Houston, TX 77064 | Leasing Agreement (Telephone Equipment) | $807.57 |

Page 1

|    | Counterparty/Address | Agreement/Purpose | Cure |
|----|----------------------|-------------------|------|
| 11 | Neopost<br>30955 Huntwood Avnue<br>Hayward, CA  94544 | Vendor Contract | $0.00 |
| 12 | Otis Elevator Co.<br>651 W. Washington<br>Suite 1N<br>Chicago, IL  60661 | Vendor Contract | $0.00 |
| 13 | Park One, Inc., assigned to<br>TRC Master Fund, LLC<br>336 Atlantic Avenue<br>Suite 302<br>East Rockaway, NY  11518 | Parking Services | $34,116.00 |
| 14 | Redwood Systems Group, LLC<br>8231 West 185th Street<br>Suite 300<br>Tinley Park, IL  60487 | Vendor Contract | $3,540.00 |
| 15 | Southern Audio Visual<br>Attention: David Brodie<br>11700 N.W. 102nd Road, #15<br>Miami, FL  33178-1029 | Vendor Contract | $17,463.45 |
| 16 | The Rubicon Group, Inc.<br>Attention: Chief Executive Officer<br>101 Marietta Street<br>Suite 3525<br>Atlanta, GA  30303 | Vendor Contract | $0.00 |
| 17 | Tourico Holidays, Inc.<br>220 E. Central Parkway<br>Suite 4010<br>Altamonte Springs, FL  32701 | Revenue Agreement | $0.00 |
| 18 | Travelclick<br>Attention: Chief Financial Officer<br>300 Martingale Road<br>Suite 500<br>Schaumberg, IL  60173 | Vendor Contract<br>Reservation Agreement | $500.00 |
| 19 | U.S. Bancorp<br>Equipment Finance Inc.<br>1310 Madrid Street<br>Marshall, MN  56258 | Equipment Lease | $0.00 |