# EXHIBIT C

# Amounts paid under the
# Modified Second Amended Plan to D&R Claimants

**Amounts Paid Under the Modified Second Amended Plan to D&R Claimants**

|    | D&R Claimant | Amount Paid under Confirmed Plan |
|----|---|---|
| 1. | Liberty Mutual Group<br>Attn: Customer Accounting Services<br>100 Liberty Way—P.O. Box 1525<br>Dover, New Hampshire 03820-1525 | $0.00 |
| 2. | Minibar North America, Inc.<br>c/o Mr. Patrick J. Galgano, CFO<br>7340 Westmore Road<br>Rockville, Maryland 20850 | $2,788.20 |
| 3. | Mitel Leasing, Inc.<br>10603 W. Sam Houston Pkwy<br>Suite 400<br>Houston, TX 77064 | $403.76 |
| 4. | U.S. Bancorp Equipment Finance, Inc.<br>d/b/a US Bancorp Business Equipment Finance Group<br>Attn: Bankruptcy Department<br>1310 Madrid Street<br>Marshall, MN 56258 | $0.00 |