**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ALT Hotel, LLC, | ) ) | Case No. 11-19401 (ABG) |
| Debtor. | ) ) ) |   |

**ORDER GRANTING REORGANIZED DEBTOR'S
FIRST OMNIBUS OBJECTION TO SATISFIED OR RELEASED CLAIMS**

This matter came before the Court on the Reorganized Debtor's First Omnibus Objection to Satisfied or Released Claims (the "First Omnibus Claims Objection") each as set forth on the attached **Exhibit A** hereto.  The Court, having reviewed the First Omnibus Claims Objection and having heard the representations of counsel at the hearing on the First Omnibus Claims Objection and having determined that the Debtor has shown cause for sustaining its objections to the D&R Claims[1], due and proper notice being given to each of the D&R Claimants, it is hereby:

ORDERED THAT

1. The First Omnibus Claims Objection is sustained.

2. Each individual D&R Claim is disallowed and restated ("Restated D&R Claims") in the one or more amounts and categories set forth in the attached **Exhibit A**.

3. Any surviving claims, as also set forth in **Exhibit A** hereto and consistent with the cure amounts, if any, set forth in the Assumption Notice, are not affected by the relief sought in the First Omnibus Claims Objection and will be paid by the Reorganized Debtor pursuant to the terms of the Modified Second Amended Plan.

---

[1] Capitalized terms not expressly defined herein shall have the meanings set forth in the First Omnibus Claims Objection.

00005203.DOCX V-

4. Nothing herein is deemed to have waived or released the Reorganized Debtor's rights to bring one or more additional objections to the Restated D&R Claims at any time pursuant to the provisions of the Bankruptcy Code, the Modified Second Amended Plan and the Confirmation Order.

Dated: _____, 2013

                                                                                         _____
                                                                                         United States Bankruptcy Judge

## **EXHIBIT A**

**Reorganized Debtor's First Omnibus Objection**
**Claims to be Disallowed and Restated**

| Claims to be Disallowed and Expunged | | | | | Surviving Claims | | |
|---|---|---|---|---|---|---|---|
| Name & Address of Claimant | Claim No. | Claim Amount and Priority[1] | Grounds for Objection | Objection Page Ref. | Name & Address of Claimant | Claim No. | Claim Amount and Priority |
| U.S. Bancorp Equipment Finance, Inc. d/b/a US Bancorp Business Equipment Finance Group Attn: Bankruptcy Department 1310 Madrid Street Marshall, MN 56258 | 13-1 | $193,964.96 (S) $0.00 (A) $0.00 (P) $0.00 (U) $193,964.96 (T) | Failure to object to Assumption Notice | Pages 1-6 | U.S. Bancorp Equipment Finance, Inc. d/b/a US Bancorp Business Equipment Finance Group Attn: Bankruptcy Department 1310 Madrid Street Marshall, MN 56258 | 13-1 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| Liberty Mutual Group Attn: Customer Accounting Services 100 Liberty Way—P.O. Box 1525 Dover, New Hampshire 03820-1525 | 18-1 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) | Failure to object to Assumption Notice | Pages 1-6 | Liberty Mutual Group Attn: Customer Accounting Services 100 Liberty Way—P.O. Box 1525 Dover, New Hampshire 03820-1525 | 18-1 | $0.00 (S) $0.00 (A) $0.00 (P) $0.00 (U) $0.00 (T) |
| Minibar North America, Inc. c/o Mr. Patrick J. Galgano 7340 Westmore Road Rockville, Maryland 20850 | 19-1 | $461,450.50 (S) $0.00 (A) $0.00 (P) $0.00 (U) $461,450.50 (T) | Failure to object to Assumption Notice | Pages 1-6 | Minibar North America, Inc. c/o Mr. Patrick J. Galgano, CFO 7340 Westmore Road Rockville, Maryland 20850 | 19-1 | $0.00 (S) $0.00 (A) $0.00 (P) $5,576.40 (U) $5,576.40 (T) |
| Mitel Leasing, Inc. 10603 W. Sam Houston Pkwy Suite 400 Houston, TX 77064 | 29-1 | $0.00 (S) $0.00 (A) $0.00 (P) $23,754.95 (U) $23,754.95 (T) | Failure to object to Assumption Notice | Pages 1-6 | Mitel Leasing, Inc. 10603 W. Sam Houston Pkwy Suite 400 Houston, TX 77064 | 29-1 | $0.00 (S) $0.00 (A) $0.00 (P) $807.57 (U) $807.57 (T) |
| **Claims to be Disallowed and Expunged Totals** | | $655,415.46 (S) $0.00 (A) $0.00 (P) $23,754.95 (U) $679,170.41 (T) | | | | | |

---

[1] In the "Claim Amount and Priority" column, (S) = secured claim, (A) = administrative expense claim, (P) = priority claim, (U) = unsecured claim and (T) = total claim. The amounts listed are taken directly from the proofs of claim, and thus replicate any mathematical errors on the proofs of claim. Where the claim amount is zero, unliquidated, unidentified, or otherwise cannot be determined, the amount listed is "0.00".