UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>ALT Hotel, LLC,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  11-19401<br><br>Chapter: 11<br><br>Honorable A. Benjamin Goldgar |

## ORDER ~~ENTERING~~ FINAL DECREE ~~AND CLOSING THE REORGANIZED DEBTOR'S CHAPTER 11 CASE~~

This matter coming before the Court on the Reorganized Debtor's Motion for Final Decree (the "Motion," and all capitalized terms not defined herein having the definitions set forth in the Motion); the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; the Motion constituting a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O); due and proper notice appearing to have been given to all required parties; ~~and the Court having considered the Motion and the statements of counsel appearing before the Court and having determined that the relief requested in the Motion is in the best interest of the Reorganized Debtor, its estate and creditors;~~ and the Court being otherwise advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The relief requested in the Motion is granted.

2. The Reorganized Debtor's chapter 11 case is hereby closed ~~pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1~~.

Enter:

Dated: 04 DEC 2013

United States Bankruptcy Judge

**Prepared by:**
Dean C. Gramlich (ARDC No. 6191587)
NEAL WOLF & ASSOCIATES, LLC
155 N. Wacker Drive, Suite 1910
Chicago, IL 60606
Main: (312) 228-4990
Fax: (312) 228-4988
Email: dgramlich@nealwolflaw.com

Counsel for Reorganized Debtor

Rev: 20130104_bko